UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 2:20-mj-00029-NT |
| ) | |
| YASHIM GOMEZ ) | |
| GERALDINE RODRIGUEZ & ) | |
| RAYMOND TAVERAS VASQUEZ ) | |
| ) | |
| Defendants ) | |

### SPEEDY TRIAL ORDER PER THE COURT'S GENERAL ORDER 2020-15 AS AMENDED JANUARY 29, 2021

This matter comes before the Court upon the Court's own motion to Extend Time for Filing of an Indictment. In light of the global outbreak of COVID-19 and its far-reaching impact on public health and for reasons stated in General Order 2020-15 as amended January 29, 2021, the Court finds that a continuance in this case is necessary to reduce any exposure to the disease.

Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by a continuance in this case outweigh the best interests of the public and the defendants in a speedy trial.

The Court hereby orders:

1. The time between February 1, 2021 and when this case is heard by a Grand Jury, BUT no later than March 12, 2021, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq.*

**SO ORDERED.**

Dated this 29th day of January, 2021.

/s/ Nancy Torresen
Nancy Torresen
